IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:15cr499-MHT |
| | ) | 18 U.S.C. § 242 |
| CHRIS MILES | ) | 18 U.S.C. § 1001(a)(2) |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | |
| | ) | **INFORMATION** |

The United States charges:

### COUNT 1
(Deprivation of Rights)

On or about April 25, 2013, in Elmore County, within the Middle District of Alabama, the defendant,

CHRIS MILES,

while acting under color of law, assaulted S.C., an inmate at the Tallassee Jail, thereby willfully depriving S.C. of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment. The assault resulted in bodily injury to S.C.

All in violation of Title 18, United States Code, Section 242.

### COUNT 2
(Obstruction of Justice – False Statements to a Federal Agent)

On or about June 3, 2014, in Montgomery County, within the Middle District of Alabama, the defendant,

CHRIS MILES,

knowingly and willfully made a materially false statement and representation in a matter within the jurisdiction of the Federal Bureau of Investigation (FBI), an agency of the Executive Branch of the United States, when he told an FBI agent investigating the assaults on S.C. that he never hit S.C. with a packet of copy paper while S.C. was in custody.  In truth, as defendant then well knew, he had hit S.C. twice on S.C.'s head with a packet of copy paper while S.C. was in custody and was being questioned about alleged criminal offenses.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 3
### (Obstruction of Justice – False Statements to a Federal Agent)

On or about June 13, 2014, in Montgomery County, within the Middle District of Alabama, the defendant,

### CHRIS MILES,

knowingly and willfully made a materially false statement and representation in a matter within the jurisdiction of the Federal Bureau of Investigation (FBI), an agency of the Executive Branch of the United States, when he told an FBI agent investigating the assaults on S.C. that he never hit S.C. with a packet of copy paper while S.C. was in custody.  In truth, as defendant then well knew he had hit S.C. twice on S.C.'s head with a packet of copy paper  while S.C. was in custody and was being questioned about alleged criminal offenses.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 4
### (Possession with Intent to Distribute)

Beginning from an unknown date, and continuing through on or about an unknown date in January 2013, in Elmore County, within the Middle District of Alabama, and elsewhere, the defendant,

CHRIS MILES,

did knowingly and intentionally possess with intent to distribute, and did distribute, a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

Jerusha T. Adams
Assistant United States Attorney

VANITA GUPTA
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
Civil Rights Division
U.S. Department of Justice

Gabriel A. Davis
Trial Attorney

3