# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:15-CR-499-MHT |
| ) | |
| CHRIS MILES ) | |

## NOTICE OF FILING ADDITIONAL SENTENCING EXHIBITS

**COMES NOW** the Defendant, **CHRIS MILES,** by Undersigned Counsel, and notifies the Court of the following additional Exhibits, to be submitted at his sentencing hearing, in support of his sentencing position. Courtesy copies are being provided on date of filing to Honorable Myron H. Thompson, AUSA Jerusha Adams, and Probation Officer Jennifer Humber.

Exhibit 28    Statement of Brandy Conrad, April 29, 2013

Exhibit 29    Character letter from Rev. Micheal W. Stephens

Dated this 22nd day of March, 2016.

Respectfully submitted,

**s/ Stephen Ganter**
**STEPHEN P. GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Stephen_Ganter@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:15-CR-499-MHT |
| | ) | |
| CHRIS MILES | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/ Stephen Ganter**
**STEPHEN P. GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Stephen_Ganter@fd.org